**William C. NORTHUP et al.**

v.

**Horace CORRENTE et al.**

**No. 80–413–M.P.**

Supreme Court of Rhode Island.

Nov. 14, 1980.

Joseph F. Penza, Jr., Providence, for petitioners.

William H. Corrente, Asst. Town Sol., Johnston, for respondents.

### ORDER

The petition for writ of certiorari is denied.